UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA      )
      )
      )
v.      )  Criminal No. 2:24-cr-00040-NT
      )
      )
ALBERTO REBOLLAR OSORIO      )

## ORDER OF DISCHARGE

Order granting Defendant's Motion to Dismiss having been entered on October 11, 2024, it is therefore adjudged that the defendant, Alberto Rebollar Osorio, is hereby,

DISCHARGED of all counts as charged in the Indictment, pursuant to Federal Rule of Criminal Procedure 48(a).

Dated this 11th day of October, 2024.

/s/ Nancy Torresen
U.S. District Judge